IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50033
Summary Calendar
_____


ALMA STEELE,

                                        Plaintiff-Appellant,

versus

TERRY KEEL, Sheriff
Travis County, ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-268
- - - - - - - - - -
December 4, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Alma Steele, a Texas state prisoner, appeals the dismissal
of her civil rights suit under 42 U.S.C. § 1983 for failure to
state a claim, Fed. R. Civ. P. 12(b)(6). We have reviewed the
record, and, for substantially the same reasons stated by the
district court, we affirm the dismissal of Steele's medical care
claim for failure to state a claim.

We also conclude that Steele failed to state a claim for
injunctive relief on her discrimination and equal protection

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.

claims related to her handicap, as she failed to allege any intentionally discriminatory acts or personal involvement by the named defendants.  Muhammed v. Lynaugh, 966 F.2d 901, 903 (5th Cir. 1992), Lozano v. Smith, 718 F.2d 756, 768 (5th Cir. 1983).

The district court did not abuse its discretion in declining to appoint counsel to represent Steele.  Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).

The remaining issues Steele asserted in the district court concerning the opening of her mail, discrimination because of her gender and race, and prison sanitary practices are deemed abandoned on appeal because of Steele's failure to brief them. Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).

AFFIRMED.